IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK T. BAECHLE,** | : | |
|     **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 02-CV-4339** |
| v. | : | |
| | : | |
| **LUCENT,** | : | |
|     **Defendant** | : | |

### ORDER

**AND NOW**, this 3rd day of September 2002, upon consideration of Plaintiff's letter dated August 22, 2002 advising the Court that this case can be dismissed pursuant to Local Rule 41.1(b), and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1995), **IT IS HEREBY ORDERED and DECREED** that the above action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel.

                                              **BY THE COURT:**

                                              _____

                                              **Hon. Petrese B. Tucker, U.S.D.J.**